BANK OF ROXIE v. LAMPTON.

[60 South. 561.]

APPEAL AND ERROR.　*Briefs. Rule of court.*

Paragraph 3 of Rule No. 7 of the supreme court rules which provides that, "briefs shall be typewritten or printed; and if typewritten, shall be in black, noncopying ink, double spaced, on white paper, without the name of any person or advertising matter thereon," applies not only to original matter contained in briefs but to quotations as well, and where this rule is not complied with but a brief is single spaced, the case will be remanded to the docket, with leave to withdraw brief and file a new one.

Appeal from the chancery court of Pike county.

HON. J. S. HICKS, chancellor.    .

Suit between the Bank of Roxie and T. D. Lampton and others assignees.    Judgment for Lampton and others and the Bank of Roxie appeals.    Cause remanded to the docket with leave to appellee to comply with paragraph 3, rule 7 of Supreme Court Rules.

The facts are fully stated in the opinion of the court.

*V. Otis Robinson* and *T. A. Bratton*, for appellant.

*Ben H. Wells, J. H. Price* and *W. B. Mixon,* for appellee.    .

PER CURIAM.    Paragraph 3 of rule No. 7 of this court (59 South. VIII) provides:    "Briefs shall be typewritten or printed; and if typewritten shall be in black, non-copying ink, double spaced, on white paper, without the name of any person or advertising matter thereon. The brief filed by appellee herein is single spaced throughout.    The cause is therefore remanded to the docket, with leave to appellee to withdraw its brief and file a new one, complying with this rule, within one week from this date.    At the expiration of this time, the cause will be again submitted.

In this connection, we desire to earnestly impress upon the bar and the clerks of the circuit and chancery courts the necessity of reading and becoming familiar with the rules of this court.    They have been adopted for reasons satisfactory to the court, and must be obeyed.    The paragraph of rule 7 above set out applies, not only to the original matter contained in briefs, but to quotations as well.    Quotations can very properly, and, in fact, ought to, be indented; but they, together with the entire contents of typewritten briefs, must be double spaced.

*Reversed with directions.*